RECEIVED
BY MAIL
APR 18 2002
CLERK US DIST COURT
ST. PAUL, MN

RECEIVED
BY MAIL
APR 15 2002
CLERK US DIST COURT
ST. PAUL, MN

134468

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-CV-275 (JMR/FLN) Case Title: Bowers v. Risk Management Alternati

### Affidavit of Movant

I, Eric L. Crandall, Esq. ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac O. Randolph Bragg , an attorney admitted to practice in the See attached District of See attached ,but not admitted to the bar of this court, who will be counsel for ☑ plaintiff ☐ defendant Starr Bridiette Bowers in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 189492 MN Attorney License # | 4-17-02 Date

### Affidavit of Proposed Admittee

I, O. Randolph Bragg , am currently a member in good standing of the U.S. District Court for See attached District of See attached , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

O. Randolph Bragg Type/Print Name | [signature] Signature | April 4 2002 Date

Attorney License Number: IL 6221983

Law Firm Name & Address: Horwitz, Horwitz, & Associates Ltd.
25 E. Washington St., Suite 900
Chicago, IL 60602 - 1716

Telephone: (312) 372-8822

Motion Granted: [signature] mmc
For the Court: Richard D. Sletten, Clerk

APR 18 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

APR 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK