# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Starr Bridjette Bowers,
on behalf of herself, and
all others similarly situated,

Plaintiff,

vs.

Risk Management Alternatives, Inc.,
a Delaware corporation,

Defendant.

Civil File No.02-CV-275 (JMR, FLN)

**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

## STIPULATION

**WHEREAS,** Plaintiff served Defendant, with a Summons, Complaint, and Amended Complaint in this case on or about May 9, 2002; and

**WHEREAS,** Defendant's responsive pleading is due under the Federal Rules of Civil Procedure on or about May 29, 2002; and

**WHEREAS,** Defendant has requested, and Plaintiff has agreed to an extension of time within which Defendant may respond by motion or answer to Plaintiff's Complaint to allow the parties to informally consider this matter and explore settlement.

**NOW THEREFORE,** it is hereby stipulated and agreed by all parties that Defendant shall have until June 19, 2002, by which to move, answer, or otherwise respond to Plaintiff's Complaint and Amended Complaint, subject to approval of the District Court.

JUN 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: May 29, 2002

Eric L. Crandall, Esq.
Attorney for Plaintiff
275 South Third Street
Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

DATED: ~~June~~ MAY 31, 2002

George R. Serdar, Esq.
Messerli & Kramer, P.A.
Attorney for Defendant
150 South Fifth Street
Suite 1800
Minneapolis, MN 55402-4218
Minn. Atty. Lic. No. 99259

**ORDER**

In accordance with the foregoing Stipulation, Defendant shall have until June 19, 2002, by which to move or answer in response to Plaintiff's Complaint and Amended Complaint.

**BY THE COURT:**

DATED: June 6, 2002

Franklin L. Noel
United States Magistrate Judge