**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Starr Bridjette Bowers,
on behalf of herself, and
all others similarly situated,

Plaintiff,

vs.

Risk Management Alternatives, Inc.,
a Delaware corporation,

Defendant.

Civil File No.02-CV-275 (JMR/FLN)

**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

**STIPULATION**

**WHEREAS,** Plaintiff served Defendant, with a Summons, Complaint, and Amended Complaint in this case on or about May 9, 2002; and

**WHEREAS,** Defendant's responsive pleading is due under the Federal Rules of Civil Procedure on or about May 29, 2002; and

**WHEREAS,** the parties agreed to an extension of time to June 19, 2002, for Defendant to respond by motion or answer to Plaintiff's Complaint; and

**WHEREAS**, Defendant served, but did not file, a one (1) page notice of motion and motion for dismissal under Fed. R. Civ. P. 12b; and

**WHEREAS**, the parties have agreed that such motion does not comply with the spirit of Fed. R. Civ. P. 12, or with D. Minn. Local Rule 7.1; and

**WHEREAS**, Plaintiff moved the court for an order directing Defendant answer or otherwise defend as required by Fed. R. Civ. P. 12; and

AUG 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS**, the Defendant agreed to execute this stipulation removing the necessity for a court hearing on Plaintiff's motion.

**NOW THEREFORE,** it is hereby stipulated and agreed by all parties that the court shall order Defendant to move, answer, or otherwise respond to Plaintiff's Complaint and Amended Complaint, no later than Tuesday, September 3, 2002.

DATED: August 23, 2002

Eric L. Crandall, Esq.
Attorney for Plaintiff
275 South Third Street
Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

DATED: August 27, 2002

George R. Serdar, Esq.
Messerli & Kramer, P.A.
Attorney for Defendant
150 South Fifth Street
Suite 1800
Minneapolis, MN 55402-4218
Minn. Atty. Lic. No. 99259

**ORDER**

In accordance with the foregoing Stipulation, Defendant shall move or answer in response to Plaintiff's Complaint and Amended Complaint no later that September 3, 2002.

**BY THE COURT:**

DATED: 8/28/02

Franklin L. Noel
Franklin L. Noel
United States Magistrate Judge