UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Starr Bridjette Bowers, Civil No. 02-275 JMR/FLN

Plaintiff,

v. **ORDER**

Risk Management Alternatives, Inc.,

Defendant.

---

Eric L. Crandall, Esq., and O. Randolph Bragg, Esq., for Plaintiff.
George R. Serdar, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on October 15, 2002, on Plaintiff's Motion for Leave to Conduct Discovery[#14].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. As the Plaintiff's Motion for Leave to Conduct Discovery[#14] pertains to conducting discovery prior to the October 22, 2002, Rule 16 conference it is **DENIED as Moot**.

2. As the motion seeks an expedited discover response time, it is **DENIED**, discovery in this matter is to proceed as scheduled pursuant to the rules.

DATED: 10/23, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

(19)

FILED OCT 23 2002
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK