**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Starr Bridjette Bowers,
on behalf of herself, and
all others similarly situated,

Plaintiff,

vs.

Risk Management Alternatives, Inc.,
a Delaware corporation,

Defendant.

Civil File No.02-CV-275 (JMR/FLN)

**STIPULATION AND ORDER EXTENDING THE TIME TO COMPLETE DISCOVERY**

---

**STIPULATION**

**WHEREAS,** the court issued a scheduling order dated October 23, 2002; and

**WHEREAS,** this order terminates discovery on August 1, 2003; and

**WHEREAS,** the parties have agreed to an extension of time to August 15, 2003, for the close of discovery.

**NOW THEREFORE,** it is hereby stipulated and agreed by all parties that the close of discovery shall be extended from August 1, 2003, to August 15, 2003.

AUG - 1 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: July 24, 2003

Eric L. Crandall, Esq.
275 South Third Street
Suite 101
Stillwater, MN 55082
(651) 430-8187
Minn. Atty. Lic. No. 189492

**ATTORNEY FOR PLAINTIFF**

DATED: July 29, 2003

George R. Serdar, Esq.
Messerli & Kramer, P.A.
150 South Fifth Street
Suite 1800
Minneapolis, MN 55402-4218
Minn. Atty. Lic. No. 99259

**ATTORNEY FOR DEFENDANT**

**ORDER**

In accordance with the foregoing Stipulation, the Court's October 23, 2002, scheduling order is modified to extend the close of discovery to August 15, 2003.

**BY THE COURT:**

DATED: July 31, 2003

Franklin L. Noel
United States Magistrate Judge