**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Starr Bridjette Bowers<br><br>Plaintiff,<br><br>vs.<br><br>Risk Management Alternatives, Inc. a Delaware corporation,<br><br>Defendant. | Civil File No. 02-CV-275 (JMR/FLN)<br><br>**STIPULATION AND ORDER OF REFERENCE REGARDING EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of 28 U.S.C. §636(c) and Rule 73 of the Federal Rules of Civil Procedure, the parties to this action, through their respective counsel, consent to have United States Judge Franklin L. Noel conduct any and all proceedings in this case, including the trial, order the entry of final judgment, and conduct all post-judgment proceedings.

Dated: 12/5, 2003

By: Peter James Nickitas

Peter James Nickitas (#212313)
28 Orme Court
St. Paul, MN 55116-2764
(651) 699-1864

ATTORNEYS FOR PLAINTIFF

FILED 12-26-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: Nov. 20, 2003

MESSERLI & KRAMER P.A.

By: ______________________

George R. Serdar (#99259)
Cheryl A. Stanton (#027950X)
1800 Fifth Street Towers
150 S. Fifth Street
Minneapolis, MN 55402-4246
(612) 672-3600

ATTORNEYS FOR DEFENDANT

**ORDER OF REFERENCE**

IT IS ORDERED that this case may be referred to Magistrate Judge Franklin L. Noel to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Rule 73 of the Federal Rules of Civil Procedure.

Dated: December 24, 2003

______________________
United States District Judge

562617.1