UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Starr Bridjette Bowers,

Plaintiff,

V.

Risk Management Alternatives, Inc.,

Defendant.

Civil 02-275 FLN

ORDER

---

Based upon the Stipulation To Dismissal of Class Allegations, IT IS HEREBY ORDERED that the class allegations in the Complaint are hereby dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 16, 2004.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED JAN 20 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Starr Bridjette Bowers<br><br>Plaintiff,<br><br>vs.<br><br>Risk Management Alternatives, Inc. a Delaware corporation,<br><br>Defendant. | Civil File No. 02-CV-275 (JMR/FLN)<br><br>**STIPULATION TO DISMISSAL OF CLASS ALLEGATIONS** |

It is hereby stipulated and agreed that the class allegations in the Complaint may be dismissed without prejudice.

Dated: 12/5, 2003

By: Peter James Nickitas
Peter James Nickitas (#212313)
28 Orme Court
St. Paul, MN 55116-2764
(651) 699-1864

ATTORNEYS FOR PLAINTIFF

Dated: Nov. 20, 2003

MESSERLI & KRAMER P.A.

By: Greg R Serdar
George R. Serdar (#99259)
Cheryl A. Stanton (#027950X)
1800 Fifth Street Towers
150 S. Fifth Street
Minneapolis, MN 55402-4246
(612) 672-3600

ATTORNEYS FOR DEFENDANT

562620.1

RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK