AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Starr Bridjette Bowers

V.

Risk Management Alternatives, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-CV-275 FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The class allegations in the Complaint are hereby dismissed without prejudice.

January 20, 2004
Date

RICHARD D. SLETTEN, CLERK

(By) Jackie Mehl, Deputy Clerk