UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Starr Bridjette Bowers,

Plaintiff,

V.

Risk Management Alternatives, Inc.,

Defendant.

Civil 02-275 FLN

ORDER

Based upon the Stipulation of Dismissal With Prejudice Regarding Individual Claims of Plaintiff Starr Bridjette Bowers, IT IS HEREBY ORDERED that all individual claims and causes of action asserted by the Plaintiff, Starr Bridjette Bowers, are hereby dismissed with prejudice and without costs to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: January 16, 2004.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED JAN 2 0 2004

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Starr Bridjette Bowers<br><br>Plaintiff,<br><br>vs.<br><br>Risk Management Alternatives, Inc. a Delaware corporation,<br><br>Defendant. | Civil File No. 02-CV-275 (JMR/FLN)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE REGARDING INDIVIDUAL CLAIMS OF PLAINTIFF STARR BRIDJETTE BOWERS** |

The parties to this action hereby stipulate and agree that all individual claims and causes of action between Plaintiff and Defendant have been resolved by settlement. Accordingly, all claims and causes of action asserted by the Plaintiff, individually, may be dismissed with prejudice and without costs to either party.

Dated: 12/5, 2003

By: Peter James Nickitas

Peter James Nickitas (#212313)
28 Orme Court
St. Paul, MN 55116-2764
(651) 699-1864

ATTORNEYS FOR PLAINTIFF

Dated: Nov. 20, 2003

MESSERLI & KRAMER P.A.

By: George R. Serdar

George R. Serdar (#99259)
Cheryl A. Stanton (#027950X)
1800 Fifth Street Towers
150 S. Fifth Street
Minneapolis, MN 55402-4246
(612) 672-3600

ATTORNEYS FOR DEFENDANT

562619.1