AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Starr Bridjette Bowers

V.

Risk Management Alternatives, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 02-CV-275 FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
All individual claims and causes of action asserted by the Plaintiff, Star Bridjette Bowers, are hereby dismissed with prejudice without costs to either party.

January 20, 2004
Date

RICHARD D. SLETTEN, CLERK

(By) Jackie Mehl, Deputy Clerk